BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Committee on Judicial
Conduct and Disability*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| JOHN ADAMS, SHANE CASTLE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMITTEE ON JUDICIAL CONDUCT AND DISABILITY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES; and CATHY A. CATTERSON in her official capacity as Circuit and Court of Appeals Executive to the U.S. Courts for the Ninth Circuit,<br><br>Defendants. | No. 3:15-cv-01046-YGR<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

## JOINT MOTION

Pursuant to Civil Local Rule 16-2(d), Plaintiffs, John Adams and Shane Castle, and Defendants, the Committee on Judicial Conduct and Disability of the Judicial Conference of the United States, and Cathy A. Catterson, in her official capacity as Circuit and Court of Appeals Executive to the U.S. Courts for the Ninth Circuit, through their respective undersigned counsel, respectfully move the Court to continue the initial case management conference and corresponding Case Management and ADR Deadlines until after the Court has decided Defendants' pending Motions to Dismiss.  In support of this Joint Motion, the parties stipulate and agree as follows:

1.  On March 6, 2015, Plaintiffs filed a Complaint in this Court asserting two counts for relief against Defendants.  ECF No. 1.  On May 8, 2015, the parties agreed to extend Defendants' time to respond to the Complaint until June 19, 2015.  ECF No. 17.  On June 19, 2015, Defendants each filed a Motion to Dismiss. ECF Nos. 25, 26.  Plaintiffs filed a consolidated opposition to the Motions on July 6, 2015.  ECF No. 27.  On July 8, 2015, the Court issued a Clerk's Notice vacating until further notice the hearing on the Motions previously set for July 28, 2015.  ECF No. 28.  Defendants filed reply memoranda in support of their Motions on July 13, 2015.  ECF Nos. 29, 30.  Defendants' Motions to Dismiss are fully briefed and pending before the Court.

2.  On May 26, 2015, the Court issued a Related Case Order reassigning this case to Judge Yvonne Gonzalez Rogers.  Also on May 26, 2015, the Court issued a Clerk's Notice Setting Case Management Conference.  ECF No. 24.  Pursuant to that Notice, an Initial CMC has been set for August 31, 2015, with related Case Management and ADR Deadlines set for August 10, 2015 and August 24, 2015.

3.       Pursuant to Civil Local Rule 16-2(d), counsel for the parties have conferred and, in an effort to preserve the resources of the Court and of the parties, wish to continue the Initial CMC and corresponding Case Management and ADR deadlines until after the Court has decided Defendants' pending Motions to Dismiss.  Defendants' Motions may dispose of all claims asserted by Plaintiffs and the parties respectfully submit that it would be premature to address certain preliminary issues until after the Court has determined whether it has jurisdiction and, if so, whether Plaintiffs have stated valid claims for relief.  The parties further submit that the Court's ruling on Defendants' Motions, to the extent it does not dispose of the case in its entirety, may inform the parties' positions on many of the issues to be addressed in the Case Management Statement and Initial CMC.

4.       Pursuant to Civil Local Rule 16-2(d)(3)-(4), the parties have agreed to, and request that the Court approve, the below proposed case management schedule, in the event that the Court's Order on the Motions to Dismiss does not dispose of this case:

- **Two weeks after Court's Order on Motions to Dismiss**: Deadline to (a) meet and confer pursuant to Fed. R. Civ. P. 26(f) and ADR L.R. 3-5; (b) file ADR Certification; and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

- **Four weeks after Court's Order on Motions to Dismiss**: Deadline to file Rule 26(f) Report and Joint Case Management Statement.

- **Five weeks after Court's Order on Motions to Dismiss**: Initial Case Management Conference.

Dated: August 10, 2015.                                         Respectfully submitted,

*Adams, et al. v. Committee on Judicial Conduct and Disability,* No. 3:15-cv-01046-YGR
**Joint Motion to Continue Initial Case Management Conference**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____/s/ Lawrence A. Organ_____
LAWRENCE ANTHONY ORGAN
Law Offices of Lawrence A. Organ
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
(415) 453-4740
(415) 785-7352 (fax)
larryaorgan@gmail.com

*Attorney for Plaintiffs*

Dated: August 10, 2015.                Respectfully submitted,

U.S. DEPARTMENT OF JUSTICE

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director

_____/s/ Andrew Zee_____
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Committee on Judicial
Conduct and Disability*

FARELLA BRAUN + MARTEL LLP

_____/s/ Douglas R. Young_____
DOUGLAS R. YOUNG
(CA Bar No. 073248)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dyoung@fbm.com

*Adams, et al. v. Committee on Judicial Conduct and Disability,* No. 3:15-cv-01046-YGR
**Joint Motion to Continue Initial Case Management Conference**

*Attorneys for Cathy A. Catterson*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**ATTESTATION**

2

    Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and

3

password are being used in the electronic filing of this document, and further attest that I have

4

obtained the concurrence in the filing of the document from the other signatories.

5

6                                        _____/s/ Andrew Zee_____

7                                        M. ANDREW ZEE (CA Bar #272510)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following revisions to the case management schedule, in the event that the Court's Order on the Motions to Dismiss does not dispose of this case:

1. **Two weeks after Court's Order on Motions to Dismiss**: Deadline for the parties to (a) meet and confer pursuant to Fed. R. Civ. P. 26(f) and ADR L.R. 3-5; (b) file ADR Certifications; and (c) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

2. **Four weeks after Court's Order on Motions to Dismiss**: Deadline for the parties to file Rule 26(f) Report and Joint Case Management Statement.

3. **Five weeks after Court's Order on Motions to Dismiss**: Initial Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August __, 2015

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on the 10th day of August, 2015, I electronically transmitted the

3  foregoing document to the Clerk of Court using the ECF System for filing.

4

5

6                                        */s/ Andrew Zee*

7                                      M. ANDREW ZEE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Adams, et al. v. Committee on Judicial Conduct and Disability,* No. 3:15-cv-01046-YGR
**Joint Motion to Continue Initial Case Management Conference**