UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ADAMS, ET AL.**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**COMMITTEE ON JUDICIAL CONDUCT & DISABILITY, ET AL.**,<br><br>    Defendants. | Case No. 15-cv-01046-YGR<br><br>**JUDGMENT OF DISMISSAL** |

The Court having granted without leave to amend the Motions to Dismiss of Defendants Committee on Judicial Conduct and Disability of the Judicial Conference of the United States and Cathy A. Catterson, in her official capacity as Circuit and Court of Appeals Executive to the United States Courts for the Ninth Circuit, it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Defendants Committee on Judicial Conduct and Disability of the Judicial Conference of the United States and Cathy A. Catterson, and against Plaintiffs John Adams and Shane Castle. Plaintiffs John Adams and Shane Castle shall take nothing by their complaint.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**